UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CARLOS GIL,

      Plaintiff,

   -against-

MGM RESORTS INTERNATIONAL, a Delaware
corporation; YRL ASSOCIATES, L.P., a New
York limited partnership; MGM YONKERS, INC.,
a New York corporation; MGM LESSEE, INC., a
New York corporation; MGP YONKERS REALTY
SUB, LLC, a Delaware limited liability company;
and MGM DEV, LLC, a Delaware limited liability
company,

      Defendants.

25-CV-160 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

  IT IS HEREBY ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

  IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial pretrial conference.

Dated: January 13, 2025
   New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge